Ryan J. Works, Esq. (NSBN 9224)
Karyna M. Armstrong (NSBN 16044)
McDONALD CARANO LLP
2300 W. Sahara Ave., Suite 1200
Las Vegas, NV  89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
karmstrong@mcdonaldcarano.com

*Attorneys for Chapter 7 Trustee of
Eon Mist LLC's Bankruptcy Estate*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE EON MIST LLC, | Case No. 2:22-ms-00019 |
| Debtor, | |
| GEORGE L. MILLER, AS CHAPTER 7 TRUSTEE, | **WRIT OF EXECUTION** |
| Plaintiff, | \_\_\_\_ **Earnings**   **X**   **Other** |
| v. | \_\_\_\_ **Earnings, Order of Support** |
| AIRLAND, LLC., | |
| Defendant. | |

**The State of Nevada to The Constable, Las Vegas Township, Greetings:**

On April 6, 2022, a Judgment against Defendant (the "Judgment") was registered in this Court, upon which there is due in United States currency the amounts listed herein, was entered in favor of Chapter 7 Trustee of Eon Mist LLC's Bankruptcy Estate ("EON") as Judgment Creditor, and against Defendant Airland, LLC ("Judgment Debtor") for:

| | |
|---|---|
| $788,151.50 | principal; |
| $0.00 | attorney fees, |
| $0.00 | interest; and |
| $0.00 | costs, making a total of: |
| $788,151.50 | JUDGMENT AS ENTERED |

WHEREAS, according to an affidavit and request for issuance of writ of execution filed herein, it appears that further sums have accrued since the entry of judgment, to wit:

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

1   $2,457.43        accrued Interest at 0.74% per annum;

2   $0.00           accrued costs and fees, making a total of

3   $790,608.93     ACCRUED INTEREST, COSTS AND FEES

4   CREDIT must be given for payments and partial satisfactions in the amount of $0.00 which

5   is to be first credited against the total accrued interest, costs and fees, with any excess credited

6   against the Judgment as entered, leaving a net balance of $ 790,736.91 ACTUALLY DUE

7   on the date issuance of this writ, of which $790,608.93 is due on the Judgment as entered, and

8   bears interest at 0.74% per annum, in the amount of $15.96 PER DAY, from the day of entry of

9   judgment to the date of issuance on this writ, to which must be added to the accrued costs and fees

10  and the commissions and costs of the officer executing this writ.  (Interest rate and amount per

11  day to be completed by attorney.)

12  Notice by mail of any sale under the writ of execution HAS NOT been requested.

13  YOU ARE THEREFORE COMMANDED to satisfy the said Judgment with interest and

14  costs as provided by law and your costs and disbursements out of the personal property of said

15  debtor, except that for any pay period, 75 percent of the disposable earnings of the debtor during

16  this period or for each week of the period 30 times the minimum hour wage prescribed by section

17  6(a)(1) of the Federal Fair Labor Standards Act of 1938 [29 U.S.C. Sec. 206(a)(1)], and in effect

18  at the time the earnings are payable, whichever is greater, is exempt from any levy of execution

19  pursuant to this writ, and if sufficient personal property cannot be found, then out of his real

20  property; or if the Judgment be a lien upon real property, then out of the real property belonging

21  to such debtor, and make return of this writ within not less than ten (10) days nor more than sixty

22  (60) days after your receipt thereof with what you have done endorsed hereon.

23  The assets to be Garnished by the Constable, Las Vegas Township or its representative to

24  satisfy the judgment/order is: **All monies held in all accounts under the Judgment Debtor**

25  **described as or in the name of "Airland LLC". All garnishment checks to be issued in**

26  **relation to this case:**

27

28  2

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

1    Shall be made payable to:    McDonald Carano LLP
2                                 *RE:*    Eon Mist, LLC v. Airland, LLC  (32224-1)

3    Shall be mailed to:          Ryan J. Works, Esq.
                                  Karyna M. Armstrong, Esq.
4                                 McDonald Carano LLP
                                  2300 West Sahara Avenue, Suite 1200
5                                 Las Vegas, Nevada 89102

6    YOU ARE FURTHER COMMANDED, if necessary, to turn over any property seized

7    under this order to a third-party custodian or to the Judgement Creditor. The Constable, Las Vegas

8    Township or his representative is authorized to use reasonable force in the execution of this

9    Judgment/Order and the Judgment Creditor/Plaintiff will hold the Constable, Las Vegas Township

10   harmless of any liability that may be imposed as a result of the execution of the Judgment

11   DEBRA K. KEMPI                                          07/14/2022

     CLERK                                                   DATE
12
13   (By) DEPUTY CLERK

16   4882-2296-6822, v. 2

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

3